# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ADR

California Sportfishing Protection Alliance

v.

Steven Chu; Lawrence Berkeley National Laboratory

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C08-01963 VRW**

TO: (Name and address of defendant)

Steven Chu
Lawrence Berkeley National Laboratory
1 Cyclotron Road 50A4119
Berkeley, CA 94720-8155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Chermak
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

APR 1 4 2008
DATE

CYNTHIA LENAHAN

(BY) DEPUTY CLERK

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Sportfishing Protection Alliance | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: |
| Steven Chu; Lawrence Berkeley National Laboratory | C08-01963 VRW |

TO: (Name and address of defendant)

Lawrence Berkeley National Laboratory
1 Cyclotron Road
Berkeley, CA  94720

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas J. Chermak
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA  94501

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE: APR 1 4 2008

CYNTHIA LENAHAN
(BY) DEPUTY CLERK