MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103 (fax)
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and
STRAWBERRY CANYON STEWARDSHIP GROUP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation; STRAWBERRY CANYON STEWARDSHIP GROUP, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN CHU, in his official capacity as Director, Lawrence Berkeley National Laboratory; LAWRENCE BERKELEY NATIONAL LABORATORY, a federal agency,<br><br>Defendants. | Case No. 3:08-cv-01963-VRW<br><br>**NOTICE OF CHANGE OF FIRM AND ADDRESS**<br><br>Judge: Hon. Vaughn R. Walker |

PLEASE TAKE NOTICE THAT Michael R. Lozeau and Douglas J. Chermak, attorneys for Plaintiffs California Sportfishing Protection Alliance and Strawberry Canyon Stewardship Group, are now associated with Lozeau Drury LLP and have the following new contact information:

///

1 | Michael R. Lozeau
2 | Lozeau Drury LLP
   | 1516 Oak Street, Suite 216
3 | Alameda, CA  94501
   | Tel:    510-749-9102
4 | Fax:    510-749-9103
   | E-mail: michael@lozeaudrury.com
5 |
   | Douglas J. Chermak
6 | Lozeau Drury LLP
   | 1516 Oak Street, Suite 216
7 | Alameda, CA  94501
   | Tel:    510-749-9102
8 | Fax:    510-749-9103
9 | E-mail: doug@lozeaudrury.com

Dated: August 4, 2008

Respectfully submitted,

LOZEAU DRURY LLP


By:  /s/ *Douglas J. Chermak*
        DOUGLAS J. CHERMAK
        Attorneys for Plaintiffs
        CALIFORNIA SPORTFISHING
        PROTECTION ALLIANCE and
        STRAWBERRY CANYON STEWARDSHIP
        GROUP