IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE et al, | No. C 08-1963 VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| STEVEN CHU, LAWRENCE BERKELEY NATIONAL LABORATORY, et al, | |
| Defendant. / | |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT per Plaintiffs' Counsel's request, the Case Management Conference presently scheduled for August 14, 2008 shall be **continued to November 20, 2008 at 3:30 p.m.** To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10. A joint case management statement must be filed one week prior to the conference. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: August 6, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov