| | |
|---|---|
| 1 | MICHAEL R. LOZEAU (State Bar No. 142893) |
|   | DOUGLAS CHERMAK (State Bar No. 233382) |
| 2 | LOZEAU DRURY LLP |
|   | 1516 Oak Street, Suite 216 |
| 3 | Alameda, California 94501 |
|   | Telephone; (415) 749-9102 |
| 4 | Facsimile:  (415) 749-9103 |
|   | Email: Michael@lozeaudrury.com |
| 5 | |
|   | ANDREW L. PACKARD (State Bar No. 168690) |
| 6 | MICHAEL P. LYNES (State Bar No. 230462) |
|   | Law Offices of Andrew L. Packard |
| 7 | 319 Pleasant Street |
|   | Petaluma, California 94952 |
| 8 | Telephone; (707) 763-7227 |
|   | Facsimile:  (707) 763-9227 |
| 9 | Email: Andrew@packardlawoffices.com |
| 10 | Attorneys for Plaintiffs |
|    | CALIFORNIA SPORTFISHING ALLIANCE and STRAWBERRY CANYON |
| 11 | STEWARDSHIP GROUP |
| 12 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|    | MARGARET ROSEGAY (State Bar No. 96963) |
| 13 | Post Office Box 7880 |
|    | San Francisco, CA 94120-7880 |
| 14 | Telephone: (415) 983-1000 |
|    | Facsimile: (415) 983-1200 |
| 15 | Email: margaret.rosegay@pillsburylaw.com |
|    | Attorneys for Defendants |
| 16 | LAWRENCE BERKELEY NATIONAL LABORATORY |
|    | STEVEN CHU |

17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | CALIFORNIA SPORTFISHING | No. C 08-01963 VRW |
| 21 | PROTECTION ALLIANCE, a non-profit corporation; STRAWBERRY CANYON | |
| 22 | STEWARDSHIP GROUP, an unincorporated association, | **STIPULATION RE EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| 23 | Plaintiffs, | |
| 24 | vs. | Time: |
|    |  | Courtroom: 6 |
| 25 | STEVEN CHU, in his official capacity as Director, Lawrence Berkeley National | Judge: Hon. Vaughn R. Walker |
|    | Laboratory; LAWRENCE BERKELEY | Date Filed: April 14, 2008 |
| 26 | NATIONAL LABORATORY, a federal agency, | |
| 27 | Defendants. | |
| 28 | | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, by and through their respective counsel, that:

1. On April 14, 2008, plaintiffs CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and STRAWBERRY CANYON STEWARDSHIP GROUP ("Plaintiffs") filed a complaint for declaratory and injunctive relief in the United States District Court for the Northern District of California under the Federal Water Pollution Control Act (33 U.S.C. § 1251, et seq.) against defendants STEVEN CHU, in his official capacity as Director of the Lawrence Berkeley National Laboratory, and LAWRENCE BERKELEY NATIONAL LABORATORY, a "federal agency" ("Defendants").

2. Plaintiffs deferred service of the complaint to allow the parties to continue good faith settlement discussions which were already underway in response to a 60-day notice of intent to sue under Clean Water Act section 505, dated on January 7, 2008.

3. To avoid potential dismissal of the action under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs sent a copy of the summons and complaint to Joseph P. Russoniello, United States Attorney of the Northern District of California, Michael B. Mukasey, Attorney General of the United States, Steven Chu, and LBNL by certified mail on August 6, 2008, and hand-delivered a copy of the summons and complaint to Steven Chu and LBNL on August 8, 2008.

4. Under Northern District of California Civil Local Rule 6-1(a), a stipulation to extend the time within which to answer or otherwise respond to a complaint is permissible, without a court order, so long as such extension does not alter the date of any event or any deadline already fixed by court order and provided that such stipulation is promptly filed with the Court.

5. The parties remain engaged in good faith settlement negotiations and expect the matter will be resolved successfully without need for litigation within the period of the stipulated extension obtained hereby.

6. The date upon which Defendants' answer or other response to the complaint shall be due in this matter is extended from August 28, 2008 to September 18, 2008.

1    7.    This stipulation does not affect any other court-ordered filing dates or deadlines (namely, the Case Management Conference, which has been continued to November 20, 2008).

4    8.    Nothing in this stipulation shall constitute or be construed as a waiver of any claim, defense, or position that Plaintiffs or Defendants may have relating to any of the allegations set forth in the complaint or to service thereof.

Dated: August 27, 2008.

        LOZEAU DRURY LLP

By  /s/  Michael R. Lozeau[1]
    Michael R. Lozeau
    Douglas J. Chermak
    Attorneys for Plaintiffs
    CALIFORNIA SPORTFISHING ALLIANCE and
    STRAWBERRY CANYON STEWARDSHIP GROUP

Dated: August 27, 2008.   PILLSBURY WINTHROP SHAW PITTMAN LLP

By  /s/  Margaret Rosegay
    Margaret Rosegay
    Attorneys for Defendants
    STEVEN CHU and
    LAWRENCE BERKELEY NATIONAL LABORATORY

---

[1] As the filing attorney, I, Margaret Rosegay, attest that Plaintiffs' attorney, Michael R. Lozeau, finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on his behalf.