```
 1  MICHAEL R. LOZEAU (State Bar No. 142893)
    DOUGLAS CHERMAK (State Bar No. 233382)
 2  LOZEAU DRURY LLP
    1516 Oak Street, Suite 216
 3  Alameda, California 94501
    Telephone; (415) 749-9102
 4  Facsimile:  (415) 749-9103
    Email: Michael@lozeaudrury.com
 5
    ANDREW L. PACKARD (State Bar No. 168690)
 6  MICHAEL P. LYNES (State Bar No. 230462)
    Law Offices of Andrew L. Packard
 7  319 Pleasant Street
    Petaluma, California 94952
 8  Telephone; (707) 763-7227
    Facsimile:  (707) 763-9227
 9  Email: Andrew@packardlawoffices.com

10  Attorneys for Plaintiffs
    CALIFORNIA SPORTFISHING ALLIANCE and STRAWBERRY CANYON
11  STEWARDSHIP GROUP

    PILLSBURY WINTHROP SHAW PITTMAN LLP
12  MARGARET ROSEGAY (State Bar No. 96963)
    Post Office Box 7880
13  San Francisco, CA 94120-7880
    Telephone: (415) 983-1000
14  Facsimile: (415) 983-1200
    Email: margaret.rosegay@pillsburylaw.com
15
    Attorneys for Defendants
16  LAWRENCE BERKELEY NATIONAL LABORATORY
    STEVEN CHU
17
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation; STRAWBERRY CANYON STEWARDSHIP GROUP, an unincorporated association,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STEVEN CHU, in his official capacity as Director, Lawrence Berkeley National Laboratory; LAWRENCE BERKELEY NATIONAL LABORATORY, a federal agency,<br><br>    Defendants. | No. C 08-01963 VRW<br><br>**STIPULATION RE EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Time:<br>Courtroom: 6<br>Judge: Hon. Vaughn R. Walker<br>Date Filed: April 14, 2008 |

1    **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, by
2    and through their respective counsel, that:
3        1.   On April 14, 2008, plaintiffs CALIFORNIA SPORTFISHING
4    PROTECTION ALLIANCE and STRAWBERRY CANYON STEWARDSHIP GROUP
5    ("Plaintiffs") filed a complaint for declaratory and injunctive relief in the United States
6    District Court for the Northern District of California under the Federal Water Pollution
7    Control Act (33 U.S.C. § 1251, et seq.) against defendants STEVEN CHU, in his official
8    capacity as Director of the Lawrence Berkeley National Laboratory, and LAWRENCE
9    BERKELEY NATIONAL LABORATORY, a "federal agency" ("Defendants").
10       2.   Plaintiffs deferred service of the complaint to allow the parties to continue
11   good faith settlement discussions which were already underway in response to a 60-day
12   notice of intent to sue under Clean Water Act section 505, dated on January 7, 2008.
13       3.   To avoid potential dismissal of the action under Rule 4(m) of the Federal
14   Rules of Civil Procedure, Plaintiffs sent a copy of the summons and complaint to Joseph P.
15   Russoniello, United States Attorney of the Northern District of California, Michael B.
16   Mukasey, Attorney General of the United States, Steven Chu, and LBNL by certified mail
17   on August 6, 2008, and hand-delivered a copy of the summons and complaint to
18   Steven Chu and LBNL on August 8, 2008.
19       4.   Under Northern District of California Civil Local Rule 6-1(a), a stipulation
20   to extend the time within which to answer or otherwise respond to a complaint is
21   permissible, without a court order, so long as such extension does not alter the date of any
22   event or any deadline already fixed by court order and provided that such stipulation is
23   promptly filed with the Court.
24       5.   The parties remain engaged in good faith settlement negotiations and expect
25   the matter will be resolved successfully without need for litigation within the period of the
26   stipulated extension obtained hereby.
27       6.   The date upon which Defendants' answer or other response to the complaint
28   shall be due in this matter is extended from August 28, 2008 to September 18, 2008.

701232549v1                                    1                        STIPULATION RE EXTENSION OF
                                                                        TIME TO FILE ANSWER OR RESPONSE
                                                                        Case No. C08-01963 VRW

1  7. This stipulation does not affect any other court-ordered filing dates or
2  deadlines (namely, the Case Management Conference, which has been continued to
3  November 20, 2008).
4  8. Nothing in this stipulation shall constitute or be construed as a waiver of any
5  claim, defense, or position that Plaintiffs or Defendants may have relating to any of the
6  allegations set forth in the complaint or to service thereof.
7  Dated: August 27, 2008.

8                                    LOZEAU DRURY LLP

10  By  /s/  Michael R. Lozeau[1]
    Michael R. Lozeau
11  Douglas J. Chermak
    Attorneys for Plaintiffs
12  CALIFORNIA SPORTFISHING ALLIANCE and
    STRAWBERRY CANYON STEWARDSHIP
13  GROUP

16  Dated: August 27, 2008.          PILLSBURY WINTHROP SHAW PITTMAN LLP

17
   By  /s/  Margaret Rosegay
18     Margaret Rosegay
       Attorneys for Defendants
19     STEVEN CHU and
       LAWRENCE BERKELEY NATIONAL
20     LABORATORY

---

[1] As the filing attorney, I, Margaret Rosegay, attest that Plaintiffs' attorney, Michael R. Lozeau, finds the contents of this filed document acceptable and has given me permission to electronically file this stipulated motion on his behalf.

701232549v1                              2                    STIPULATION RE EXTENSION OF
                                                              TIME TO FILE ANSWER OR RESPONSE
                                                              Case No. C08-01963 VRW