MICHAEL R. LOZEAU (State Bar No. 142893)
DOUGLAS J. CHERMAK (State Bar No. 233382)
LOZEAU DRURY LLP
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102    Fax: (510) 749-9103 (fax)
E-mail: Michael@lozeaudrury.com

ANDREW L. PACKARD (State Bar No. 168690)
MICHAEL P. LYNES (State Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Tel: (707) 763-7227    Fax: (415) 763-9227
E-mail: andrew@packardlawoffices.com

Attorneys for Plaintiffs
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE and
STRAWBERRY CANYON STEWARDSHIP GROUP

MARGARET ROSEGAY (State Bar No. 96963)
PILLSBURY WINTHROP SHAW PITTMAN LLP
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
E-mail: margaret.rosegay@pillsburylaw.com

Attorneys for Defendants
LAWRENCE BERKELEY NATIONAL LABORATORY
STEVEN CHU

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation; STRAWBERRY CANYON STEWARDSHIP GROUP, an unincorporated association,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVEN CHU, in his official capacity as Director, Lawrence Berkeley National Laboratory; LAWRENCE BERKELEY NATIONAL LABORATORY, a federal agency,<br><br>Defendants. | Case No. 3:08-cv-01963-VRW<br><br>**STIPULATED REQUEST RE STAY OF PROCEEDINGS; ORDER THEREON**<br><br>Judge: Hon. Vaughn R. Walker |

**STIPULATED REQUEST RE STAY OF PROCEEDINGS**

     Plaintiffs California Sportfishing Protection Alliance and Strawberry Canyon Stewardship Group and Defendants Steven Chu and the Lawrence Berkeley National Laboratory submit the foregoing request and stipulation:

     The parties have entered into a settlement agreement, a fully executed copy of which is attached as Exhibit A (not including the exhibit attached to the agreement). The settlement agreement has been submitted to the federal agencies (EPA and Department of Justice) for a mandatory 45-day review period pursuant to 33 U.S.C. § 1365(c)(3). Pending this review, the parties request and stipulate that all further proceedings in this case, including but not limited to the filing of an answer or other responsive pleading by Defendants, be stayed to and including December 12, 2008, by which date the parties will have filed their stipulated request for dismissal with prejudice.

Dated: October 14, 2008            LOZEAU DRURY LLP

                                     By: /s/ *Douglas J. Chermak*
                                            DOUGLAS J. CHERMAK
                                            Attorneys for Plaintiffs
                                            CALIFORNIA SPORTFISHING
                                            PROTECTION ALLIANCE and
                                            STRAWBERRY CANYON STEWARDSHIP
                                            GROUP

Dated: October 14, 2008            By: /s/ *Margaret Rosegay* (as authorized on 10/14/08)
                                            MARGARET ROSEGAY
                                            Attorneys for Defendants
                                            STEVEN CHU and LAWRENCE BERKELEY
                                            NATIONAL LABORATORY

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 16, 2008           _____
                                            Hon.
                                            United S



Stipulated Request Re Stay of Proceedings;      2      Case No. 3:08-cv-01963-VRW
Order Thereon