IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation; STRAWBERRY CANYON STEWARDSHIP GROUP, an unincorporated association,<br><br>            Plaintiffs,<br><br>        v<br><br>STEVEN CHU, in his official capacity as Director, LAWRENCE BERKELEY NATIONAL LABORATORY, a federal agency,<br><br>            Defendants.<br>                                          / | No   C-08-1963 VRW<br><br>ORDER |

    The parties in the above-captioned matter have entered into a settlement agreement and stipulated and agreed to dismiss plaintiffs' claims as set forth in the notice and compliant, Doc #1, pursuant to FRCP 41(a)(2). Doc #19 at 2. The U S Department of Justice reviewed the settlement pursuant to 40 CFR § 135.5 and indicated to the court that it had no objection to the settlement's terms. Doc #18. The parties request the court retain jurisdiction

over the matter through October 15, 2011 for the sole purpose of resolving disputes between the parties with respect to enforcement of the settlement agreement.  Doc #19 at 2.

        The court hereby ORDERS plaintiffs' claims against defendants dismissed with prejudice.  The court shall retain jurisdiction over the matter through October 15, 2011 for the sole purpose of enforcing compliance with the settlement agreement, but the clerk is ORDERED administratively to close the file and TERMINATE all motions.

        IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge